STATE of Missouri, Plaintiff/Respondent,

v.

Gary CAIN, Defendant/Appellant.

No. 72547.

Missouri Court of Appeals,
Eastern District,
Division Two.

March 10, 1998.

A. Renae Adamson, Asst. Public Defender, Columbia, for defendant/appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Karen L. Kramer, Asst. Atty. Gen., Jefferson City, for plaintiff/respondent.

Before CRANE, P.J., and RHODES RUSSELL and JAMES R. DOWD, JJ.

### ORDER

PER CURIAM.

Defendant Gary Cain appeals from the judgment entered after his jury conviction for felony stealing, in violation of Section 570.030 RSMo (1994). The trial court sentenced him as a prior and persistent offender to four months in the county jail.

We have reviewed the briefs of the parties and the record on appeal and find no error of law. An extended opinion would serve no jurisprudential purpose. We have, however, prepared a memorandum opinion for the use of the parties only, setting forth the facts and reasons for our decision. We affirm the judgment pursuant to Rule 30.25(b).

Melvin HARDY, Appellant,

v.

STATE of Missouri, Respondent.

No. 72630.

Missouri Court of Appeals,
Eastern District,
Division Four.

March 10, 1998.

David C. Hemingway, Asst. Sp. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Elizabeth L. Ziegler, Sp. Asst. Atty. Gen., Jefferson City, for respondent.

Before ROBERT G. DOWD, Jr., P.J., and SIMON and HOFF, JJ.

### ORDER

PER CURIAM.

Movant appeals the judgment denying his Rule 24.035 motion for post-conviction relief as untimely. He concedes his motion was filed out of time. We have reviewed the briefs of the parties and the record on appeal and conclude that the trial court's determination is not clearly erroneous. Rule 24.035(k); *State v. Blankenship*, 830 S.W.2d 1, 16 (Mo. banc 1992). An extended opinion would have no precedential value. We affirm the judgment pursuant to Rule 84.16(b).